# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD VIJAYAN DEVASAHAYAM, an individual domiciled in New Jersey; CHRISTOPHER RAVINDRAN DEVASAHAYAM, an individual domiciled in the Country of Canada; SLAMSTAR OPERATING, LLC, a limited liability company organized under the laws of the State of New Jersey; DEVA CREW ONE SERVICES, INC., a corporation organized under the laws of the Country of Canada; KAI-FAN YANG, an individual domiciled in California; RISHI PATEL, an individual domiciled in California; RAYMOND WANG, an individual domiciled in California; KAMLESH GANDHI, an individual domiciled in Georgia, <br><br>                      Plaintiffs, <br><br>v. <br><br>DMB CAPITAL GROUP, an entity of unknown form and domicile; JM CARBON FIBER, an entity of unknown form and domicile; MR. MEDIA, INC., a business incorporated in the State of | Case No.: 3:17-cv-02095-BEN-WVG <br><br>**ORDER OF DISMISSAL FOR WANT OF PROSECUTION PURSUANT TO LOCAL RULE 41.1** <br><br>**[ECF No. 12]** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | California; NL TECHNOLOGY, LLC., a limited liability company in the State of California; JONNY NGO, an individual domiciled in the State of California; NONATO MICHAEL BACA, an individual domiciled in the State of California; and DOES 1 through 500, inclusive,<br><br>                              Defendants. |

On September 23, 2020 at 3:30 p.m., this Court held a hearing regarding dismissal of this case for want of prosecution pursuant to Local Rule 41.1, which provides that "[a]ctions . . . which have been pending in this court for more than six months, without any proceeding or discovery having been taken . . . may, after notice, be dismissed by the court for want of prosecution, at the calling of a calendar prepared for that purpose by the clerk." ECF No. 12; *see also* S.D. Cal. Civ. R. 41.1.  No parties appeared.  Pursuant to the Court's Minute Order, the Court hereby dismisses this case in its entirety *without prejudice*.

**IT IS SO ORDERED.**

Dated:  September 23, 2020

                                                                         /s/ signature
                                                                         Hon. Roger T. Benitez
                                                                         United States District Judge